**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

---

In Re:

Joseph M. Fusco III

Debtor(s)

Case No.: 2−25−20363−PRW
Chapter: 7

SSN: xxx−xx−4483

---

# ORDER ON REAFFIRMATION AGREEMENT

The debtor(s), Joseph M. Fusco III, has (have) filed a reaffirmation agreement dated 6/25/2025 made between the debtor(s) and Canandaigua National Bank. No hearing was held.

**COURT ORDER:**

[X] The court grants the debtor's motion under 11 U.S.C. Section 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

[ ] The court grants the debtor's motion under 11 U.S.C. Section 524(k)(8) and approves the reaffirmation agreement described above.

[ ] The court does not disapprove the reaffirmation agreement under 11 U.S.C. Section 524(m).

[ ] The court disapproves the reaffirmation agreement under 11 U.S.C. Section 524(m).

[ ] The court does not approve the reaffirmation agreement.

Dated: June 30, 2025
Rochester, New York

/s/
**HONORABLE PAUL R. WARREN**
United States Bankruptcy Judge

Form OREAF
www.nywb.uscourts.gov