UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In Re:

JOSEPH M. FUSCO III,

           *Debtor.*

Case No. 25-20363

Chapter 7

---

# EMERGENCY MOTION FOR SANCTIONS FOR WILLFUL VIOLATIONS OF THE AUTOMATIC STAY WITH REQUEST FOR EXPEDITED HEARING

COMES NOW the Debtor, Joseph M. Fusco III, and respectfully moves this Court on an emergency basis for an Order: (1) holding Tesla, Inc. in contempt for willful violation of the automatic stay; (2) awarding actual and punitive damages; and (3) granting expedited relief. In support thereof, Debtor states:

## PRELIMINARY STATEMENT

1. Tesla, Inc. has willfully violated the automatic stay **81 times** by sending collection communications **after receiving actual notice** of Debtor's bankruptcy filing.

2. The violations are ongoing, documented, and undisputed.

## JURISDICTION AND VENUE

1

3. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334, and the standing order of reference in this District. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (O).

4. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## FACTUAL BACKGROUND

### The Pre-Petition Surrender Attempts

5. On August 26, 2024, Debtor contacted Tesla requesting voluntary surrender of his 2024 Tesla Model Y (VIN: 7SAYGDEE4RF992462) due to financial hardship.

6. On August 27, 2024, Debtor sent **TWO additional surrender requests** to multiple Tesla departments (leasereturns@tesla.com and PaymentResolution@tesla.com). (Exhibit 1)

7. Tesla acknowledged these requests but failed to retrieve the vehicle, which remains in Debtor's driveway 90+ days later.

### The Bankruptcy Filing

8. **On May 15, 2025, at 11:10 AM EST,** Debtor filed this Chapter 7 case.

9. Tesla received formal notice through the Bankruptcy Noticing Center (BNC) on May 15, 2025. Tesla is a registered creditor with the BNC system and routinely files proofs of claim in bankruptcy cases.

2

## The Systematic Violations

10. Despite actual notice, between May 22, 2025, and August 6, 2025, Tesla sent:

    a. **81** collection emails demanding payment

    b. 3 monthly billing statements

    c. 2 late fee assessments

    (Exhibit 2 - Complete Log)

11. **THESE VIOLATIONS CONTINUE.** Debtor reasonably expects additional violations will occur before this Motion is heard.

12. Each communication stated **"Make payment now"** or "Go to your Tesla app to make a payment now" - direct attempts to collect a pre-petition debt.

## Evidence of Bad Faith

13. After Debtor's three voluntary surrender requests in August 2024, Tesla sent September 3, 2024 collection letter threatening that **"we will have no choice but to take action to recover the vehicle."** (Exhibit 3)

14. Tesla **threatened to take the very action Debtor had repeatedly requested**, demonstrating that Tesla uses repossession threats as harassment tools while refusing actual surrender.

3

# ARGUMENT

## I. THE AUTOMATIC STAY VIOLATIONS ARE WILLFUL AND EGREGIOUS

15. The automatic stay of 11 U.S.C. § 362(a)(6) prohibits "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case."

16. Willfulness requires only knowledge of the bankruptcy and intentional action. In *re Lansdale*, 977 F.2d 826, 829 (3d Cir. 1992).

17. The Second Circuit applies strict liability to sophisticated creditors like Tesla. In *re Crysen/Monaghan*, 902 F.2d 1098 (2d Cir. 1990).

18. Each of Tesla's 81 communications constitutes a separate willful violation. Courts routinely award **$1,000+ per violation**. In *re Sumpter*, 171 B.R. 835 (Bankr. N.D. Ill. 1994).

## II. TESLA IS A SOPHISTICATED CREDITOR WITH NO EXCUSE

19. Tesla, Inc. is a **$1.077 trillion** publicly-traded company with extensive consumer lending operations

20. As a software engineer, Debtor has professional knowledge that implementing bankruptcy compliance in billing systems requires minimal effort - a basic flag that smaller creditors implement routinely.

4

21. Tesla's failure to implement bankruptcy compliance systems while maintaining sophisticated technology operations demonstrates deliberate indifference to federal bankruptcy law.

### III. IMMEDIATE RELIEF IS NECESSARY

22. Debtor is suffering ongoing harm from continued violations during bankruptcy proceedings, causing significant stress and interfering with his fresh start.

23. Without immediate Court intervention, violations will continue indefinitely.

### DAMAGES CALCULATION

24. Actual Damages: $83,050

    a. 81 violations × $1,000 = $81,000

    b. Time documenting and addressing violations: 13 hours × $150/hour = $1,950

    c. Late fees wrongfully assessed: 2 × $25 = $50

25. Punitive Damages: $500,000

26. The requested $583,050 represents **0.000054%** of Tesla's market value - less than Tesla earns in **3 minutes**.

27. Given Tesla's size, sophistication, and deliberate indifference to bankruptcy law, substantial punitive damages are necessary to deter future violations.

5

## RELIEF REQUESTED

WHEREFORE, Debtor respectfully requests this Court enter an Order:

A. Setting an EXPEDITED HEARING within fourteen (14) days;

B. Finding Tesla in willful violation of the automatic stay (81 counts);

C. Awarding actual damages of $83,050;

D. Awarding punitive damages of $500,000;

E. Ordering Tesla to retrieve the vehicle within 48 hours of the Order;

F. Holding Tesla in civil contempt if violations continue post-service;

G. Permanently enjoining Tesla from any collection activity against Debtor;

H. Referring this matter to the United States Trustee for investigation;

I. Awarding attorney's fees and costs if Debtor retains counsel;

J. Granting such other relief as this Court deems just and proper.

## EXPEDITED HEARING REQUESTED

28. Debtor requests expedited hearing pursuant to Local Rule 9013-1 due to:

   a. Ongoing daily violations causing immediate harm

   b. Need for immediate injunctive relief

   c. Clear documentary evidence requiring minimal Court time

29. Debtor certifies that Tesla's counsel will be served immediately upon filing via email and overnight delivery in addition to standard service.

Respectfully submitted,

/s/ Joseph M. Fusco III
Joseph M. Fusco III
*Debtor, Pro Se*
211 W Bloomfield Road
Pittsford, NY 14534
(585) 317-1707
hello@josephfus.co

Dated: August 14, 2025

7

Case 2-25-20363-PRW, Doc 22, Filed 08/14/25, Entered 08/14/25 16:44:02,
Description: Main Document , Page 7 of 12



**From:** Joseph Fusco hello@josephfus.co
**Subject:** Voluntary Repossession of Lease
**Date:** August 27, 2024 at 5:36 PM
**To:** leasereturns@tesla.com

Hello,

Hello, I'm unable to make the past due payment or future payments on my Model Y lease, VIN: 7SAYGDEE4RF992462

I am requesting a voluntary repossession of the vehicle as I cannot afford the early termination fee and am in the process of filing for bankruptcy.

Thank you.

Sincerely,
Joseph Fusco

**From:** Joseph Fusco hello@josephfus.co
**Subject:** Model Y Lease Termination
**Date:** August 27, 2024 at 4:19 PM
**To:** PaymentResolution@tesla.com



Hello, I am unable to pay the past due balance on my Model Y lease and would like to have it voluntarily repossessed as I cannot afford early termination.

VIN: 7SAYGDEE4RF992462

Please advise, thank you.
Joseph Fusco

**From:** Joseph Fusco hello@josephfus.co
**Subject:** Voluntary Surrender Question
**Date:** August 26, 2024 at 9:12 AM
**To:** leasereturns@tesla.com



Hello,

I am unable to continue payments on my 2024 Tesla Model Y lease and cannot afford the early termination fees for the lease.

I am requesting a voluntarily repossessed of the vehicle.

VIN: 7SAYGDEE4RF992462

Please let me know how I can proceed. Thank you.

Sent from my iPhone

EXHIBIT 2

| Date | Time | Type | Subject Line | Key Quote from Message | Days Since Bankruptcy |
|---|---|---|---|---|---|
| 2025-05-22 | 01:00 PM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 7 |
| 2025-05-22 | 10:30 AM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 6 |
| 2025-05-22 | 10:30 AM | Email/App Notice | Your Model Y Lease Payment is Overdue | Make payment now | 6 |
| 2025-05-22 | 09:30 AM | Email/App Notice | Action Required: Payment Due | Make payment now | 6 |
| 2025-05-23 | 04:45 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Go to your Tesla app to make a payment now | 8 |
| 2025-05-23 | 01:00 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Make payment now | 8 |
| 2025-05-23 | 12:45 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Make payment now | 8 |
| 2025-05-24 | 03:45 PM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 9 |
| 2025-05-24 | 09:30 AM | Email/App Notice | Your Model Y Lease Payment is Overdue | Make payment now | 8 |
| 2025-05-24 | 04:30 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Go to your Tesla app to make a payment now | 9 |
| 2025-05-25 | 04:45 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Make payment now | 10 |
| 2025-05-25 | 12:45 PM | Email/App Notice | Action Required: Payment Due | Make payment now | 10 |
| 2025-05-25 | 02:45 PM | Email/App Notice | Action Required: Payment Due | Make payment now | 10 |
| 2025-05-25 | 09:00 AM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 9 |
| 2025-05-25 | 09:30 AM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 9 |
| 2025-05-26 | 05:00 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Make payment now | 11 |
| 2025-05-26 | 04:45 PM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 11 |
| 2025-05-26 | 10:45 AM | Email/App Notice | Your Model Y Lease Payment is Overdue | Make payment now | 10 |
| 2025-05-26 | 12:45 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Make payment now | 11 |
| 2025-05-26 | 01:00 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Make payment now | 11 |
| 2025-05-28 | 10:45 AM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 12 |
| 2025-05-28 | 11:45 AM | Email/App Notice | Your Model Y Lease Payment is Overdue | Make payment now | 13 |
| 2025-05-28 | 05:00 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Go to your Tesla app to make a payment now | 13 |
| 2025-05-29 | 04:15 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Go to your Tesla app to make a payment now | 14 |
| 2025-05-29 | 03:45 PM | Email/App Notice | Action Required: Payment Due | Make payment now | 14 |
| 2025-05-29 | 05:15 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Make payment now | 14 |
| 2025-05-29 | 02:15 PM | Email/App Notice | Action Required: Payment Due | Make payment now | 14 |
| 2025-05-30 | 12:21 PM | Billing Statement | Your Model Y Lease Billing Statement is Available | The monthly billing statement is now available. Make payment now. | 15 |
| 2025-05-31 | 03:15 PM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 16 |
| 2025-05-31 | 10:30 AM | Email/App Notice | Your Model Y Lease Payment is Overdue | Make payment now | 15 |
| 2025-05-31 | 04:30 PM | Email/App Notice | Action Required: Payment Due | Make payment now | 16 |
| 2025-05-31 | 12:30 PM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 16 |
| 2025-06-01 | 11:30 AM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 17 |
| 2025-06-01 | 10:30 AM | Email/App Notice | Your Model Y Lease Payment is Overdue | Go to your Tesla app to make a payment now | 16 |
| 2025-06-01 | 11:15 AM | Email/App Notice | Your Model Y Lease Payment is Overdue | Go to your Tesla app to make a payment now | 17 |
| 2025-06-01 | 11:30 AM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 17 |
| 2025-06-03 | 05:45 PM | Email/App Notice | Action Required: Payment Due | Make payment now | 19 |
| 2025-06-03 | 05:30 PM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 19 |
| 2025-06-03 | 04:45 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Go to your Tesla app to make a payment now | 19 |
| 2025-06-03 | 11:00 AM | Email/App Notice | Your Model Y Lease Payment is Overdue | Make payment now | 18 |
| 2025-06-03 | 10:45 AM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 18 |
| 2025-06-05 | 02:45 PM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 21 |
| 2025-06-05 | 01:45 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Make payment now | 21 |
| 2025-06-05 | 10:15 AM | Email/App Notice | Your Model Y Lease Payment is Overdue | Make payment now | 20 |
| 2025-06-05 | 04:30 PM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 21 |
| 2025-06-07 | 09:45 AM | Email/App Notice | Your Model Y Lease Payment is Overdue | Go to your Tesla app to make a payment now | 22 |
| 2025-06-07 | 04:00 PM | Email/App Notice | Action Required: Payment Due | Make payment now | 23 |
| 2025-06-07 | 05:30 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Make payment now | 23 |
| 2025-06-07 | 09:15 AM | Email/App Notice | Your Model Y Lease Payment is Overdue | Go to your Tesla app to make a payment now | 22 |
| 2025-06-09 | 02:00 PM | Email/App Notice | Action Required: Payment Due | Make payment now | 25 |
| 2025-06-09 | 03:45 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Go to your Tesla app to make a payment now | 25 |
| 2025-06-09 | 12:45 PM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 25 |
| 2025-06-09 | 09:45 AM | Email/App Notice | Action Required: Payment Due | Make payment now | 24 |
| 2025-06-10 | 04:00 PM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 26 |
| 2025-06-10 | 04:30 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Go to your Tesla app to make a payment now | 26 |
| 2025-06-10 | 03:30 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Go to your Tesla app to make a payment now | 26 |
| 2025-06-10 | 04:15 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Make payment now | 26 |
| 2025-06-11 | 02:00 PM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 27 |
| 2025-06-11 | 02:30 PM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 27 |
| 2025-06-11 | 02:00 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Go to your Tesla app to make a payment now | 27 |
| 2025-06-13 | 12:45 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Make payment now | 29 |
| 2025-06-13 | 10:00 AM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 28 |
| 2025-06-13 | 05:45 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Make payment now | 29 |
| 2025-06-13 | 10:00 AM | Email/App Notice | Your Model Y Lease Payment is Overdue | Go to your Tesla app to make a payment now | 28 |
| 2025-06-14 | 12:00 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Go to your Tesla app to make a payment now | 30 |
| 2025-06-14 | 12:00 PM | Late Fee | Fee Applied to 2024 Model Y Lease | Late Fee has been applied to your Model Y Lease. Make payment now. | 30 |
| 2025-06-21 | 12:15 PM | Email/App Notice | Action Required: Payment Due | Make payment now | 37 |
| 2025-06-21 | 09:30 AM | Email/App Notice | Your Model Y Lease Payment is Overdue | Go to your Tesla app to make a payment now | 36 |
| 2025-06-21 | 10:30 AM | Email/App Notice | Action Required: Payment Due | Make payment now | 36 |
| 2025-06-28 | 04:45 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Make payment now | 44 |
| 2025-06-28 | 03:15 PM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 44 |
| 2025-06-29 | 12:21 PM | Billing Statement | Your Model Y Lease Billing Statement is Available | The monthly billing statement is now available. Make payment now. | 45 |
| 2025-07-05 | 03:15 PM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 51 |
| 2025-07-05 | 01:00 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Make payment now | 51 |
| 2025-07-12 | 02:00 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Go to your Tesla app to make a payment now | 58 |
| 2025-07-14 | 12:00 PM | Late Fee | Fee Applied to 2024 Model Y Lease | Late Fee has been applied to your Model Y Lease. Make payment now. | 60 |
| 2025-07-19 | 02:00 PM | Email/App Notice | Action Required: Payment Due | Make payment now | 65 |
| 2025-07-19 | 10:00 AM | Email/App Notice | Action Required: Payment Due | Make payment now | 64 |
| 2025-07-19 | 05:45 PM | Email/App Notice | Your Model Y Lease Payment is Overdue | Go to your Tesla app to make a payment now | 65 |
| 2025-07-26 | 05:30 PM | Email/App Notice | Action Required: Payment Due | Go to your Tesla app to make a payment now | 72 |
| 2025-07-30 | 12:21 PM | Billing Statement | Your Model Y Lease Billing Statement is Available | The monthly billing statement is now available. Make payment now. | 76 |

# T≡SLA

45500 Fremont Blvd., Fremont, CA 94538
P 844.837.5285 Opt 1, 1, 1  E PaymentResolution@tesla.com

**EXHIBIT 3**

JOSEPH FUSCO
211 W BLOOMFIELD RD
PITTSFORD, NY 14534-9732

September 03, 2024

RE: Reservation Number: RN120953437
Vehicle Identification Number : 7SAYGDEE4RF992462

Hello JOSEPH,

As you are well aware, there is money due on the below referenced lease. We have attempted to resolve this balance several times, both in writing and by phone, without success.

Pursuant to the default provisions of the Lease, the entire unpaid balance of $615.80 is hereby due in full. If we do not hear from you or receive payment within seven (7) days of this letter, we may commence vehicle repossession and/or legal action against you and charge you for all amounts spent taking these actions.

We do hope to hear from you regarding this matter soon. However, if we do not, we will have no choice but to take action to recover the vehicle and will utilize all available resources.

Sincerely,

**Payment Resolution**
844.837.5285 opt 1, 1, 1

*[Handwritten: TUES SEP 10]*

Sent Via Mail

NOTICE: This communication is an attempt to collect a debt and any information obtained will be used for that purpose.