UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:                                              CHAPTER 7

    JOSEPH M. FUSCO, III,                          BK No.: 25-20363

                    Debtor.

---

## CONSENT TO SUBSTITUTE ATTORNEY

The undersigned does hereby consent and agree that David H. Ealy, Esq., attorney of record for the debtor, be changed, and that Joseph M. Fusco, III, be substituted pro se in the place and stead of David H. Ealy, Esq., as attorney of record for the debtor in the above-captioned matter.

The address, telephone number, and e-mail address of Joseph M. Fusco, III are:

211 W. Bloomfield Rd
Pittsford, NY 14534
Telephone: (585) 317-1707
Email: hello@josephfs.com

Your signature, individually or on behalf of your law firm, acknowledges your intent to substitute attorney and to authorize the Court to take any steps necessary to effectuate this change.

Dated: __August 15_____, 2025

                                                  Joseph M. Fusco, III

Dated: __August 15__, 2025

                                                  David H. Ealy, Esq.
                                                Cristo Law Group, LLC
                                                d/b/a Trevett Cristo