UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    JOSEPH M. FUSCO III,

*Debtor.*

Case No. 25-20363

Chapter 7

**NOTICE OF VOLUNTARY WITHDRAWAL**

Debtor hereby withdraws the **Emergency Motion for Immediate Possession Pending Determination**, filed **August 15, 2025**, without prejudice to refiling in the appropriate forum.

This withdrawal is made in the interest of judicial economy and to focus on matters squarely within this Court's jurisdiction.

Respectfully,

/s/ Joseph M. Fusco III
*Pro Se Debtor*
211 W Bloomfield Road
Pittsford, NY 14534
hello@josephfus.co
(585) 317-1707

Dated: August 18, 2025