UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

JOSEPH M. FUSCO III,

Case No. 25-20363

Chapter 7

*Debtor.*

**AMENDED NOTICE OF MOTION**
**(Amended to Include Hearing Date and Time)**

**EMERGENCY MOTION FOR SANCTIONS FOR WILLFUL VIOLATIONS OF THE AUTOMATIC STAY**

PLEASE TAKE NOTICE that upon the annexed Emergency Motion for Sanctions for Willful Violations of the Automatic Stay with Request for Expedited Hearing, and upon all prior proceedings herein, the undersigned will move this Court before the Honorable Paul R. Warren, United States Bankruptcy Judge, on **Thursday, September 11, 2025 at 10:00 AM** at the United States Bankruptcy Court, 100 State Street, Rochester, New York 14614, for an Order:

1. Finding Tesla, Inc. in willful violation of the automatic stay (81 counts);

2. Awarding actual damages of $83,050;

3. Awarding punitive damages of $500,000;

4. Ordering Tesla to retrieve the vehicle within 48 hours of the Order;

5. Holding Tesla in civil contempt if violations continue post-service;

6. Permanently enjoining Tesla from any collection activity against Debtor;

7. Referring this matter to the United States Trustee for investigation;

8. Granting such other relief as just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to Judge Warren's Administrative Order dated December 21, 2020, any papers in opposition to this motion must be served and filed electronically in CM/ECF not less than 72 hours prior to the scheduled date and time of the hearing (notwithstanding Rule 9006(a) FRBP).

Respectfully,

/s/ Joseph M. Fusco III
*Pro Se Debtor*
211 W Bloomfield Road
Pittsford, NY 14534
hello@josephfus.co
(585) 317-1707

TO:

**Tesla, Inc.**
c/o its Registered Agent
CT Corporation System
28 Liberty Street
New York, NY 10005

**Kenneth W. Gordon, Esq.**
Chapter 7 Trustee
625 Honeoye Falls Five Points Road
Honeoye Falls, NY 14472

**U.S. Trustee**
Olympic Towers
300 Pearl Street, Suite 401
Buffalo, NY 14202

Dated: August 19, 2025