UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In Re:

    JOSEPH M. FUSCO III,

              *Debtor.*

Case No. 25-20363

Chapter 7

---

## AMENDED NOTICE OF MOTION
### (Amended to Include Hearing Date and Time)

## MOTION FOR SANCTIONS FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY

PLEASE TAKE NOTICE that upon the annexed Motion for Sanctions for Willful Violation of the Automatic Stay pursuant to 11 U.S.C. § 362(k), and upon all prior proceedings herein, the undersigned will move this Court before the Honorable Paul R. Warren, United States Bankruptcy Judge, on **Thursday, September 11, 2025 at 10:00 AM** at the United States Bankruptcy Court, 100 State Street, Rochester, New York 14614, for an Order:

1. Finding Respondents Lisa S. Siragusa, Esq., Kristen H. Porpora, Esq., and Siragusa Law Office in willful violation of the automatic stay under 11 U.S.C. § 362(a);

2. Awarding actual damages of $272,500 and punitive damages of $750,000 pursuant to 11 U.S.C. § 362(k);

3. Declaring the May 16, 2025 Order for Attorney's Fees void ab initio;

4. Permanently enjoining collection efforts;

5. Disqualifying Respondents from adverse representation due to creditor conflict;

6. Granting such other relief as just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to Judge Warren's Administrative Order dated December 21, 2020, any papers in opposition to this motion must be served and filed electronically in CM/ECF not less than 72 hours prior to the scheduled date and time of the hearing (notwithstanding Rule 9006(a) FRBP).

/s/ Joseph M. Fusco III
*Pro Se Debtor*
211 W Bloomfield Road
Pittsford, NY 14534
hello@josephfus.co
(585) 317-1707

Dated: August 19, 2025

TO:

**Lisa S. Siragusa, Esq.**
**Kristen H. Porpora, Esq.**
SIRAGUSA LAW OFFICE
19 Prince Street
Rochester, NY 14607

**Kenneth W. Gordon, Esq.**
Chapter 7 Trustee
625 Honeoye Falls Five Points Road
Honeoye Falls, NY 14472

**U.S. Trustee**
Olympic Towers
300 Pearl Street, Suite 401
Buffalo, NY 14202