# Kaman Berlove LLP
A Century of Legal Excellence

Anthony J. Mastrodonato
Samuel H. Caruso, Jr.
Richard Glen Curtis
Jon C. Lazenby
Jon M. Stern
Gary Muldoon
Erin M. Mastrodonato
Anthony F. Mastrodonato

Stephen M. Jacobstein (1967-2024)

September 3, 2025

Lisa Bertino Beaser
Bankruptcy Court
Western District of New York
2 Niagara Square, 5th floor
Buffalo, New York 14202

Re: Matter of Fusco, 2-25-20363-PRW

Dear Ms. Beaser:

Joseph Fusco III, debtor, has filed pro se for sanctions against Lisa Siragusa, Esq. His filing is returnable on Monday, September 15 at 11:30, when she is out of state.

Mr. Fusco was asked whether he would consent to a one-week adjournment. His response:

> I do not consent to adjournment. Each day is another violation under Perviz. State court follows September 16. Federal violations must be determined first. If adjourned, then state court must also adjourn.

On behalf of attorney Siragusa, I am requesting an adjournment of his sanctions motion to Monday, September 22, at 11:30 a.m.

Respectfully,

Gary Muldoon

c: Joseph M. Fusco III