UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In Re:

                                                      Case no. 25-20363

     JOSEPH M. FUSCO III           **Response to motion**

                Debtor

---

The undersigned appears on behalf of Megan Fusco, and alleges, upon information and belief:

1. The debtor has brought a motion for what he styles "emergency" determination of property interests relating to the marital residence owned by the parties. It appears that he is seeking to occupy the marital residence, using bankruptcy court to overturn what has been ordered in a long-pending divorce action in Monroe County.

2. **Issues have been litigated in divorce action** A divorce action in Supreme Court is pending, having been brought in 2024 by the debtor, who now acts pro se in that action. Issues relating to the occupancy of the Pittsford property (211 West Bloomfield Road), which is the marital residence, have been extensively litigated and resolved in Supreme Court.

3. The debtor is required by state court order to cover mortgage and related payments, as well as monthly child support. Despite being ordered to make mortgage payments, a foreclosure action has been filed against the wife in State Supreme Court, Monroe County, "ESL Federal Credit Union v. Megan R. Fusco aka Megan R. Conlon," Index no. E2025018145.

1

4. The debtor continues to assert the Pittsford address for purposes of mailing, but has not occupied the address since about January 2025. Upon information and belief, the debtor resides with his girlfriend in Ithaca, New York.

5. The debtor alleges that the marital residence "serves as the sole operating location for Whitetail Development Inc., debtor's software development business."

6. The debtor has claimed that he can only operate his business – he is a software engineer – at the Pittsford residence. That is patently incorrect. He can set up his workspace any place that he lives or has an office. His claim has been extensively covered in the divorce action and has been debunked in state Supreme Court.

7. **There is no emergency** Nor is there any need for emergency relief in this case. The situation of his wife and daughter occupying the marital residence, and him residing elsewhere, has existed for months. In the divorce action, the debtor on at least five occasions has filed what he termed "emergency" motions, somewhat akin to the boy that cried "wolf."

8. **Proof of claim** Megan Fusco is filing a proof of claim as to the marital residence. She is coowner of the Pittsford residence. Moreover, a relative of hers contributed some $150,000 to the downpayment of the Pittsford residence. The property rights to the Pittsford residence are being adjudicated in the divorce action.

9. **Debtor's litigiousness** Until recently, the debtor has confined his litigation to state courts. In addition to the divorce action, he has twice filed notices of appeal to the Appellate Division, Fourth Department from interim orders. On each appeal, he sought a stay. Both of the debtor's stay applications have been denied.

10. In addition to the two appeals, debtor has filed a C.P.L.R. article 78 proceeding, naming a state Supreme Court judge as well as attorneys representing his wife, claiming "systemic corruption." A motion to dismiss the debtor's lawsuit is pending, also in the Appellate Division.

11. Despite the debtor having brought the divorce action, he has demonstrated his intent to slow down the divorce action, and cost and harass the wife as much as possible. For example, he removed the license plates on her leased vehicle, preventing her from operating it, depriving her of the ability to travel to work.

12. Debtor has gone through two or three attorneys in the divorce action and in recent months has been proceeding pro se. He was also previously represented by counsel in the bankruptcy proceeding, but that attorney has withdrawn.

WHEREFORE, it is requested that the debtor's application be denied.

Affirmed under penalty of perjury.

_____
Gary Muldoon

_____
Bryanne Jones   Gary Muldoon
Attorneys for Megan R. Fusco
Kaman Berlove, LLP
135 Corporate Woods Suite 135
Rochester, NY 14623
(585) 325-7440
bjones@kamanesq.com gmuldoon@kamanesq.com

September 10, 2025