UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In Re:

JOSEPH M. FUSCO III,

        *Debtor.*

Case No. 25-20363

Chapter 7

---

# DEBTOR'S SUPPLEMENTAL EVIDENCE
# IN SUPPORT OF
# PENDING MOTION FOR SANCTIONS

1. Debtor submits newly obtained evidence supporting enhanced sanctions in his pending Motion for Sanctions (ECF No. 34), revealing additional stay violations and false statements to this Court.

2. On September 13, 2025, Debtor obtained the official transcript of the May 15, 2025 state court hearing before Judge Gail A. Donofrio, **who has since recused herself.**

3. Respondents Siragusa and Porpora were present and have personal knowledge of all statements made.

4. Respondent Siragusa testified: "I called him [Stilwell] to see what he was talking about" (Tr. 18:5), confirming interference that caused counsel's withdrawal after six months of preparation for a joint filing.

5. This interference forced an individual filing rather than a cooperative joint filing as ordered by the state court.

6. Despite this knowledge, Respondent obtained the May 16 order one day after the bankruptcy filing.

7. Hours after the bankruptcy filing, Respondent demanded: "I'd ask Mr. Fusco turn over the keys of the Tesla he is driving right now" (Tr. 36:10-11).

8. This vehicle is solely titled, insured, and registered to Debtor (Tr. 38:22-23), constituting property of the estate under § 541.

9. When Debtor asked "How would I drive home?" Respondent replied "You can Uber" (Tr. 36:13).

10. The January 10, 2025 removal was based entirely on alleged non-payment of temporary support, as stated in that hearing.

11. Any order premised on financial non-compliance became void upon bankruptcy filing. In re Ionosphere Clubs, 922 F.2d 984, 989 (2d Cir. 1990).

12. Continuing to exclude Debtor from property he pays for entirely violates § 362(a)(6) every day since May 15, 2025 - now 123 days.

13. Respondents claimed under penalty of perjury that "a foreclosure action has been filed" (ECF No. 70, ¶3).

14. Monroe County Index No. E2025018145 is a credit card collection for $7,455.89 in unsecured debt.

15. Misrepresenting unsecured debt as foreclosure to prejudice this Court violates Rule 9011(b)(3).

16. In re Capgro Leasing Associates, 169 B.R. 305 (Bankr. E.D.N.Y. 1994), involved entering a pre-petition signed judgment.

17. Here, Respondents obtained judicial signature post-petition, requiring judicial discretion. In re 48th Street Steakhouse, 835 F.2d 427, 431 (2d Cir. 1987).

18. The pattern establishes willful violations under Crysen/Monaghan Energy Co., 902 F.2d 1098, 1106 (2d Cir. 1990).

19. These violations warrant enhanced sanctions beyond the $1,022,500 originally requested, including Rule 9011 sanctions for false statements.

20. Given the egregious nature of these violations and false statements, this Court should exercise its inherent authority to protect the integrity of bankruptcy proceedings.

21. Debtor respectfully requests immediate relief to stop ongoing violations of federal law.

Respectfully submitted,

/s/ Joseph M. Fusco III
211 W Bloomfield Road
Pittsford, NY 14534
hello@josephfus.co
(585) 317-1707

Dated: September 15, 2025

EXHIBIT 11

```
THE STATE OF NEW YORK      :   SUPREME COURT

COUNTY OF MONROE           :   MATRIMONIAL
```
---
```
                                           Index No(s).
JOSEPH M. FUSCO III,                   :   I2024000419

                       Plaintiff,      :

           -vs-                        :

MEGAN R. FUSCO,                        :

                       Defendant.      :   HEAR AND
                                           DETERMINE
```
---

Hall of Justice
Rochester, New York
May 15, 2025


BEFORE:          HONORABLE GAIL A. DONOFRIO
                 Supreme Court Justice



APPEARANCES:
                 JOSEPH M. FUSCO III, PRO SE

                 SIRAGUSA LAW OFFICE
                 19 Prince Street
                 Rochester, New York 14607
                 BY:  LISA SIRAGUSA, ESQ.
                      KRISTEN PORPORA, ESQ.
                 Attorneys for Megan R. Fusco (Present)

                 LOVELY WARREN LAW
                 2526 Browncroft Boulevard
                 Rochester, New York 14625
                 BY:  LOVELY A. WARREN, ESQ.
                 Attorney for the Child


*JILL A. FLYNN, RPR*
*Senior Court Reporter*

1  both of them.  And when I received documents indicating
2  there was court-ordered -- Mr. Stilwell had wrote to my
3  client and said that in all of his years, he's never
4  seen a state court order that a bankruptcy be filed, I
5  called him to see what he was talking about.  And in my
6  reading of the transcripts and my presence in court,
7  Ms. Porpora's presence in court, there was never --
8  there was a discussion of filing bankruptcy, but that
9  went along with a number of other things in order to
10 move this case forward.  So there wasn't interference on
11 my part, Judge, just so --
12          THE COURT:  No, I -- let me just see.  There
13 was an order from Judge Walsh, October 22nd.
14          MS. SIRAGUSA:  Yes.
15          MR. FUSCO:  Yes, your Honor, that's the order.
16          THE COURT:  Right.  That said cooperate and
17 file for bankruptcy within three weeks or, as I read it,
18 list the marital property, so I assume that's probably
19 what Mr. Stilwell was talking about.
20          Well, again, I ask: How can we try to expedite
21 this with -- with going forward with the divorce?  I
22 guess -- yeah, Mr. Fusco, you were going to say
23 something?
24          MR. FUSCO:  Yes, your Honor.  So from my
25 understanding, talking to Mr. Ealy, my bankruptcy

1  Protection.  Ms. Warren doesn't want us to file Orders
2  of Protection.  I want to respect all of our wishes and
3  just move this along.
4      MS. SIRAGUSA:  Judge, I'm trying my best --
5  I'm trying my best to respect the Court and remain calm,
6  but the constant lies and things that are said in
7  support of Mr. Fusco's position, it's very concerning.
8      MR. FUSCO:  Which lies?
9      MS. SIRAGUSA:  I'd ask for interim relief.
10 I'd ask Mr. Fusco turn over the keys of the Tesla he is
11 driving right now.
12     MR. FUSCO:  How would I drive home?
13     MS. SIRAGUSA:  You can Uber or you can -- you
14 rented -- for $400 you rented a Porsche through Turo.
15     MR. FUSCO:  That was zero dollars.  That was
16 on the record, zero dollars.  I have that filed.  Please
17 don't misrepresent that.
18     MS. SIRAGUSA:  Judge, the Court did order at a
19 minimum currently until we can do the custody trial the
20 -- that Ms. Fusco receive a car.  The car was -- was
21 totaled.  Mr. Fusco asked that the car not be totaled.
22 It was a $10,000 balance.  I'm not sure where he got
23 that from --
24     MR. FUSCO:  Your Honor --
25     MS. SIRAGUSA:  Excuse me.  Excuse me,

interm.

MR. FUSCO: Your Honor, I'm happy to answer that. So, just to clarify, it was post-commencement, and that was filed, too, by Mr. Heisman. The Tesla -- the gray Tesla, the 2024 Tesla, that is sitting in the driveway right now; Ms. Fusco, unfortunately, failed to pay the insurance of her own policy after switching. There was nothing I could do. I tried to work with her during that time. I covered all the costs of that vehicle. And, unfortunately, due to financial constraints and overextending myself in February to try to get her on -- transitioned into a new life -- I got letters from the DMV that because the insurance wasn't being paid, that I could get my license scoffed, so I destroyed the plates, and after trying to work with Ms. Fusco several times.

In regard to the car, the one that I have now that I drove here --

THE COURT: Mm-hmm.

MR. FUSCO: -- that one is owned. I understand it is marital -- it was bought in the marriage; however, it is solely titled and registered and insured to myself right now. I'm happy to work with Ms. Fusco. And I talked to Mr. Ealy about this too, due to the leased Tesla being in the bankruptcy, due to the

EXHIBIT 12

STATE OF NEW YORK    COUNTY OF MONROE

SUPREME COURT

------------------------------------X

JOSEPH M. FUSCO III,                  :    Index No.

                          Plaintiff,    :    I2024000429

   -vs-                               :

                                             :

MEGAN R. FUSCO,                       :

                          Defendant.   :    Motion

------------------------------------X

                            Hall of Justice
                            Rochester, New York
                            January 10, 2025

BEFORE:

            HON. GAIL A. DONOFRIO

            Supreme Court Justice

APPEARANCES:

            CLARK PESHKIN
                80 Linden Oaks, Suite 310
                Rochester, New York 14625
                By: MEREDITH A. BETTENHAUSER, ESQ.
                     Attorney for the Plaintiff

            LISA S. SIRAGUSA, ESQ.
                19 Prince Street
                Rochester, New York 14607
                    Attorney for the Defendant

REPORTED BY:                KELLY A. COCCHO, NYRCR
                            Senior Court Reporter

| | |
|---|---|
| 1 | interim, if he's not going to pay, then he can leave the |
| 2 | house immediately, go to North Carolina, Judge. |
| 3 | THE COURT: So there is a -- I'm sorry. |
| 4 | Ms. Warren, anything else you wish to say? |
| 10:55:36  5 | MS. WARREN: Just on the record, your Honor, |
| 6 | it's created a hostile environment for my client, them |
| 7 | living in the house. |
| 8 | It was agreed back in -- the last time we were |
| 9 | in court, that dad had a choice. He wanted to stay in |
| 10:55:48 10 | the home. He was going to pay child support and |
| 11 | maintenance. That has not happened. |
| 12 | In the interim, things have gotten worse as it |
| 13 | pertains to Delaney and I think that a decision has got |
| 14 | to be made today on who stays and who goes, on behalf of |
| 10:56:03 15 | my client. |
| 16 | THE COURT: Okay. |
| 17 | Why hasn't your client followed the order of |
| 18 | Judge Walsh, is what I'd like to know? |
| 19 | MS. BETTENHAUSER: One, because he's not |
| 10:56:12 20 | financially able to do so. |
| 21 | THE COURT: But he agreed to it. |
| 22 | MS. BETTENHAUSER: I wasn't there, Judge. |
| 23 | THE COURT: Okay. |
| 24 | MS. BETTENHAUSER: I'm not going to doubt what |
| 10:56:22 25 | Ms. Warren and Ms. Siragusa are saying. I don't have a |

| | |
|---|---|
| 1 | like he's trying to constructively evict her. He packs |
| 2 | her stuff. He, you know, gives her room restrictions, |
| 3 | showering schedules, packed up her bedroom. Delaney |
| 4 | sees all of this, Judge. |
| 10:59:19  5 | I don't know -- he hasn't followed the order |
| 6 | to date, I understand and I really appreciate the |
| 7 | Court's prompt hearing, but in the interim, Judge, I |
| 8 | would ask -- I know he has a girlfriend. He works at |
| 9 | his girlfriend's, he spends a lot of time at his |
| 10:59:31 10 | girlfriend's. I would ask for exclusive use until the |
| 11 | hearing, just so my client and Delaney -- |
| 12 | THE COURT: The Court will grant that |
| 13 | application. |
| 14 | MS. SIRAGUSA: Thank you, Judge. |
| 10:59:39 15 | THE COURT: Please give me an order to that |
| 16 | effect and -- I'm sorry. There was something else that |
| 17 | I -- |
| 18 | MS. BETTENHAUSER: Judge, I don't know where |
| 19 | Ms. Siragusa is getting that information. My client |
| 10:59:52 20 | doesn't have a significant other -- |
| 21 | THE COURT: It doesn't matter, I could care |
| 22 | less. |
| 23 | MS. BETTENHAUSER: She lives in Pennsylvania, |
| 24 | Judge. |
| 10:59:56 25 | THE COURT: I don't care. |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    JOSEPH M. FUSCO III,

*Debtor.*

Case No. 25-20363

Chapter 7

FILED 2025 SEP 15 AM 10: 5

**CERTIFICATE OF SERVICE**

I, Joseph M. Fusco III, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on September 15, 2025, I am filing the following document: <u>DEBTOR'S SUPPLEMENTAL EVIDENCE IN SUPPORT OF PENDING MOTION FOR SANCTIONS</u> with the Clerk of Court for service upon all ECF participants through the Court's electronic filing system, and I have served the following non-ECF participants by U.S. Mail, Certified Mail, Return Receipt Requested:

**Gary Muldoon, Esq.**
**Bryanne Jones, Esq.**
Kaman Berlove, LLP
135 Corporate Woods, Suite 300
Rochester, NY 14623

9589 0710 5270 2689 6105 15

**U.S. Trustee**
Olympic Towers
300 Pearl Street, Suite 401
Buffalo, NY 14202

9589 0710 5270 2689 6105 08

Respectfully,
/s/ Joseph M. Fusco III
*Pro Se Debtor*
211 W Bloomfield Road
Pittsford, NY 14534
hello@josephfus.co
(585) 317-1707