UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In Re:

    JOSEPH M. FUSCO III,

                *Debtor.*

Case No. 25-20363

Chapter 7

---

# MOTION FOR RECONSIDERATION
# PURSUANT TO FRBP 9023

Debtor Joseph M. Fusco III respectfully moves this Court for reconsideration of its Order dated September 11, 2025 (ECF No. 74) denying determination of property interests.

## LEGAL ERROR

1. This Court applied Rooker-Feldman doctrine to deny jurisdiction.

2. Rooker-Feldman only applies to final state court judgments. *Hoblock v. Albany County Bd. of Elections*, 422 F.3d 77, 85 (2d Cir. 2005).

3. No divorce judgment exists. The state court orders are temporary pendente lite orders, not final judgments.

4. This Court has exclusive jurisdiction over property of the bankruptcy estate under 28 U.S.C. § 1334(e).

## PREJUDICE TO ESTATE

5. Without determination, the estate loses $4,000 monthly in carrying costs.

6. Debtor's pre-marital corporation, Whitetail Development Inc., cannot operate from its sole business location at the property, destroying going-concern value.

1

7. The Trustee cannot properly administer property interests.

8. The continued exclusion based on financial non-compliance violates the automatic stay and frustrates the debtor's statutory right to a fresh start.

**WHEREFORE**, Debtor requests this Court reconsider its Order and exercise jurisdiction under 11 U.S.C. § 541.

Respectfully submitted,

/s/ Joseph M. Fusco III
211 W Bloomfield Road
Pittsford, NY 14534
hello@josephfus.co
(585) 317-1707

Dated: September 15, 2025

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    JOSEPH M. FUSCO III,

              *Debtor.*

Case No. 25-20363

Chapter 7

## CERTIFICATE OF SERVICE

I, Joseph M. Fusco III, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on September 15, 2025, I am filing the following document: <u>MOTION FOR RECONSIDERATION PURSUANT TO FRBP 9023</u> with the Clerk of Court for service upon all ECF participants through the Court's electronic filing system, and I have served the following non-ECF participants by U.S. Mail, Certified Mail, Return Receipt Requested:

**Gary Muldoon, Esq.**
**Bryanne Jones, Esq.**
Kaman Berlove, LLP
135 Corporate Woods, Suite 300
Rochester, NY 14623

    9589 0710 5270 2689 6105 39

**U.S. Trustee**
Olympic Towers
300 Pearl Street, Suite 401
Buffalo, NY 14202

    9589 0710 5270 2689 6105 22

Respectfully,
/s/ Joseph M. Fusco III
*Pro Se Debtor*
211 W Bloomfield Road
Pittsford, NY 14534
hello@josephfus.co
(585) 317-1707