UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

FILED
2025 OCT -1 PM 1: 02
U.S. BANKRUPTCY COURT
W. DIST. ROCHESTER

In Re:

    JOSEPH M. FUSCO III,

             *Debtor.*

Case No. 2-25-20363-PRW

Chapter 7

## NOTICE OF MOTION FOR SANCTIONS
## FOR VIOLATION OF AUTOMATIC STAY

PLEASE TAKE NOTICE that Debtor Joseph M. Fusco III will move this Court at the Robert H. Jackson U.S. Courthouse, 2 Niagara Square, Buffalo, NY 14202, before Hon. Carl L. Bucki, on October 20, 2025 at 11:30 a.m., or as soon thereafter as heard, for an order under 11 U.S.C. § 362(k) imposing sanctions on Megan R. Fusco for a willful violation of the automatic stay.

The motion is based on this Notice, the attached Motion, and **Exhibit 1**.

Dated: October 1, 2025

Joseph M. Fusco III
Pro Se Debtor
211 W Bloomfield Road
Pittsford, NY 14534
(585) 317-1707
hello@josephfus.co

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

JOSEPH M. FUSCO III,

*Debtor.*

CaseNo. 2-25-20363-PRW

Chapter 7

## MOTION FOR SANCTIONS
## FOR VIOLATION OF AUTOMATIC STAY

1. Debtor filed Chapter 7 on May 15, 2025. The automatic stay took effect under 11 U.S.C. § 362(a).

2. On October 1, 2025, Megan R. Fusco sent Debtor a Venmo request for $1,636.24 marked "October Support." A true copy is attached as Exhibit 1.

3. She had notice of the bankruptcy.

4. **No motion for relief from stay has been filed or granted.**

5. Debtor's Chapter 7 schedules list current monthly support obligations of $500. Ms. Fusco's demand substantially exceeds this amount and was made without seeking relief from the automatic stay.

6. No § 362(b)(2) exception applies. A state support order does not authorize unilateral collection from estate property post-petition.

7. Ms. Fusco acted intentionally with knowledge of the bankruptcy, satisfying the willfulness standard under controlling precedent

8. Debtor requests:
    a. A finding of willful violation;
    b. An order directing immediate withdrawal of the demand;
    c. $250 actual damages for time and effort;
    d. Any further relief the Court deems proper.

9. No punitive damages are requested.

Dated: October 1, 2025

Joseph M. Fusco III
Pro Se Debtor
211 W Bloomfield Road
Pittsford, NY 14534
(585) 317-1707
hello@josephfus.co

**From:** Venmo venmo@venmo.com
**Subject:** Megan Fusco requests $1,636.24
**Date:** October 1, 2025 at 7:49 AM
**To:** hello@josephfus.co
# EXHIBIT 1



## venmo



### Megan Fusco requests

# $1636²⁴

October Support

**See Request**

Transaction details

**Requested by**
@Megrfusco

**Requested from**
@josephfusco

### venmo

Make sure you know how to spot payment scams - you might not get your money back if someone scams you.

Venmo is a service of PayPal, Inc., a licensed provider of money transfer services. All

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In Re:

JOSEPH M. FUSCO III,

*Debtor.*

Case No. 2-25-20363-PRW

Chapter 7

---

## CERTIFICATE OF SERVICE

I, Joseph M. Fusco III, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on October 1, 2025, I am filing the following document:

**NOTICE OF MOTION FOR SANCTIONS
FOR VIOLATION OF AUTOMATIC STAY**

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF participants. I further certify that I have served or am serving copies via USPS Certified Mail.

**U.S. Trustee**
Olympic Towers
300 Pearl Street, Suite 401
Buffalo, NY 14202

Dated: October 1, 2025

Joseph M. Fusco III
Pro Se Debtor
211 W Bloomfield Road
Pittsford, NY 14534
(585) 317-1707
hello@josephfus.co