UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
_____

In re:

Joseph M. Fusco, III                                        Chapter 7
                                                            Case No. 25-20363-CLB
                Debtor.
_____

## NOTICE OF UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE FOR CAUSE PURSUANT TO 11 U.S.C. § 707(a) and FAILURE TO APPEAR PURSUANT TO 11 U.S.C. § 343

**PLEASE TAKE NOTICE** that William K. Harrington, the United States Trustee for Region 2, by Erin Champion, Assistant United States Trustee will move this Court to dismiss Chapter 7 case for cause pursuant to 11 U.S.C. § 707(a), failure to appear pursuant to 11 U.S.C. § 343 (the "Motion") at a hearing scheduled before the Carl L. Bucki, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, Robert H. Jackson United States Courthouse, 2 Niagara Square, 5th Floor-Orleans Courtroom, Buffalo, New York 14202 on **Monday November 17, 2025 at 10:00 a.m.** or as soon thereafter as counsel may be heard;

PLEASE TAKE FURTHER NOTICE that should you wish to appear, you have the option of appearing in person at the location stated above or telephonically. To access the Telephone Conference System, parties should dial 571-353-2301. When prompted for the "Number You Wish to Dial," enter: 483077448#. When prompted for the "Security Pin," enter: 9999#; and,

**PLEASE TAKE FURTHER NOTICE** that responsive papers, if any, must be filed with the Court and served upon the Office of the United States Trustee at 100 State Street, Room 4230, Rochester, NY 14614 to the attention of Erin Champion, Esq., Assistant United States Trustee for the Office of the Assistant United States Trustee, not less than 72 hours prior to the hearing date and time.

Dated: October 31, 2025
       Rochester, New York              Respectfully submitted,

                                                WILLIAM K. HARRINGTON
                                                UNITED STATES TRUSTEE, REGION 2

                                                /s/*Erin Champion*
                                                By: Erin Champion
                                                Assistant United States Trustee
                                                100 State Street, Room 4230
                                                Rochester, NY 14614
                                                (202) 567-1558