UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
_____

In re:

Joseph M. Fusco, III                        Chapter 7
                                          Case No. 25-20363-CLB
                Debtor.
_____

ORDER DISMISSING CASE FOR CAUSE
PURSUANT TO 11 U.S.C. § 707(a) and FAILURE TO APPEAR PURSUANT TO
11 U.S.C. § 343

UPON CONSIDERATION of the United States Trustee's Motion to Dismiss Case pursuant to 11 U.S.C. § 707(a) and failure to appear pursuant to 11 U.S.C. § 343 of the United States Bankruptcy Code, and after notice and opportunity for hearing, and the Court being satisfied that good cause exists, it is this day by the United States Bankruptcy Court for the District of Western New York hereby,

ORDERED, that the United States Trustee's Motion to Dismiss is hereby GRANTED as follows:

ORDERED, that the case of Mr. Fusco's case is DISMISSED, and it is further

ORDERED, that all creditors be notified of the termination of the automatic stay.

Date: _____                            _____
                                                                             Honorable Carl L. Bucki
                                                                             Chief United States Bankruptcy Judge