UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

Joseph M. Fusco, III                                 Chapter 7
                                                                          Case No. 25-20363-CLB
                          Debtor.

## CERTIFICATE OF SERVICE

      I certify that on October 31, 2025, I served a copy of this Notice of Motion of the United States Trustee to Dismiss Case pursuant to 11 U.S.C. § 707(a), failure to appear pursuant to 11 U.S.C. § 343, Motion, and Proposed Order by First Class United States Mail, with adequate postage to ensure delivery to the following:

Joseph M. Fusco, III
211 West Bloomfield Road
Pittsford, NY 14534

Kenneth W. Gordon, Esq.
Kenneth W. Gordon, Attorney at Law
625 Honeoye Falls Five Points Road
Honeoye Falls, NY 14472

Bryanne Jones, Esq.
Kaman Berlove LLC
135 Corporate Woods, Suite 300
Rochester, NY 14623

                                                                 /s/*Jill Schwartz*
                                                                 Jill Schwartz, Paralegal Specialist