| In re: | Case No. 25-20363-CLB |
|---|---|
| Joseph M. Fusco, III | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0209-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 05, 2026 | Form ID: pdforder | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph M. Fusco, III, 211 West Bloomfield Road, Pittsford, NY 14534-9732 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026                Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bryanne Jones | |
| | on behalf of Notice of Appearance Creditor Megan Fusco bjones@kamanesq.com |
| Erin Champion, 11 | |
| | USTPRegion02.RO.ECF@USDOJ.GOV |
| Melissa Sue DiCerbo | |
| | on behalf of Creditor Citizens Bank  N.A. f/k/a RBS Citizens N.A. nyecfmail@mwc-law.com, NYECFmail@ecf.courtdrive.com |
| Wendy J. Christophersen | |
| | wchristophersen@7trustee.net  NY30@ecfcbis.com;wchristophersen@ecf.axosfs.com |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:                                          Case No. 25-20363-PRW
                                                Chapter 7

     Joseph M. Fusco, III,
                                                Assigned to:
         Debtor                      Hon. ~~Paul R. Warren~~ CARL L. BUCKI
                                                Bankruptcy Judge

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the ~~unopposed~~ motion of Citizens Bank, N.A. f/k/a RBS Citizens N.A. (the "Motion"), or successor or assigns, dated November 20, 2025, for an order pursuant to 11 U.S.C. § 362(d), granting them relief from automatic stay, and proof of service upon all necessary parties, and the Court having jurisdiction to consider the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and after the hearing held on JANUARY 5, 2026 ~~December 18, 2025~~, where counsel for McCabe, Weisberg & Conway, LLC appeared; and the Court having found that good and sufficient cause exists for granting the Motion, it is hereby

ORDERED, that the automatic stay instituted upon the filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. §362(d)(1) as to movant's, or successor or assigns, lien interest in the property located at 211 West Bloomfield Road, Pittsford, New York 14534, and it is further

ORDERED, that Secured Creditor is granted its attorneys' fees in the amount of ~~$450.00~~ $350 and costs in the amount of $199.00, for a total of ~~$649.00~~ $549 associated with the filing and prosecution of the Motion; and it is further

~~ORDERED, that this Order shall be effective immediately upon its entry, such that the fourteen day stay created by Bankruptcy Rule 4001(a)(3) or any other applicable rule is hereby waived; and it is further~~

ORDERED, that movant, or successor or assigns, shall account to this estate for any surplus

proceeds realized after sale.

DATED: Buffelo New York
JAN - 5 2026



Hon. Carl L. Bucki
United States Bankruptcy Judge

FILED
JAN - 5 2026
BANKRUPTCY COURT
BUFFALO, NY