**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:

    Joseph M. Fusco III

               Debtor(s)

Case No.: 2−25−20363−CLB
Chapter: 7

SSN:  xxx−xx−4483

## FINAL DECREE

The Trustee in the above−entitled case has filed a Report of No Distribution with respect to **Joseph M. Fusco III** and appears to have performed all other duties in the administration of said debtor's case.

### IT IS ORDERED THAT:

Wendy J. Christophersen is discharged as Trustee of the estate(s) of the above−named debtor(s).

The case of the above−named debtor(s) is closed.

Dated: March 13, 2026

**HONORABLE CARL L. BUCKI**
Chief Judge, United States Bankruptcy Court

Form fnldec/Doc 162
www.nywb.uscourts.gov